UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO AVILES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>QUIK PICK EXPRESS LLC,<br><br>    Defendant. | Case No. 2:15-cv-05214-MWF (AGRx)<br><br>**JUDGMENT** |

In accordance with the Court's Order Approving the Settlement of Plaintiff's First Amended Complaint (Docket No. 104) and pursuant to Rules 52, 54, and 58 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment be entered in favor of Plaintiff Roberto Aviles and against Defendant Quik Pick Express, LLC in the amount of **$260,00.00**.  Of this $260,000, Plaintiff Roberto Aviles is awarded **$73,666.10** in attorneys' fees.  Accordingly, the settlement calculation is as follows:

    Settlement Amount:                     $260,000.00

    Attorney's Fees:                         $73,666.10

|  |  |
|---|---|
| Costs: | $8,580.00 |
| Administration: | $1,950.00 |
| Balance: | $175,803.90 |

Of this Balance, pursuant to California Labor Code section 2699(i), 75% ($131,852.93) shall be paid to the California Labor and Workforce Development Agency. The remaining 25% ($43,950.97) shall be paid to the 74 individuals in the Private Attorney General Act class in accordance with the terms of the parties' settlement agreement.

Dated: December 29, 2021

MICHAEL W. FITZGERALD
United States District Judge